# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 18-39 |
| | : | |
| RONALD REESE | : | |

## ORDER

**AND NOW**, this 5th day of October 2018, upon considering Defendant's Motion to dismiss the Indictment (ECF Doc. No. 38), the United States' Motion to commit the Defendant to custody for placement in a suitable treatment facility (ECF Doc. No. 40), following a competency evaluation hearing in which Defendant and the United States agreed the medical records and doctors' opinions confirm Defendant is presently unable to understand the nature and consequences of the proceedings against him or to properly assist in his defense but the parties disagree as to Defendant's next steps given his present condition, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion to dismiss (ECF Doc. No. 38) is **DENIED**;

2. The United States' Motion to commit (ECF Doc. No. 40) is **GRANTED**;

3. Under 18 U.S.C. § 4241(d), Defendant Ronald Reese shall be committed to the custody of the Attorney General for a reasonable period not to exceed four (4) months from his arrival at the facility for examination and treatment;

4. No later than **October 10, 2018,** Defendant's counsel may fax a request to Chambers representing the parties' recommendation to the Bureau of Prisons for a designation to a particular Federal Medical Center based on the Defendant's needs;

5. Defendant shall surrender to a Federal Medical Center for evaluation as designated by the Bureau of Prisons no later than **2:00 PM** on **November 27, 2018**;

6. The United States Attorney's office shall fax or email detailed reports to Chambers and Defendant's counsel from the Federal Medical Center on Defendant's condition and prognosis within fourteen days of his admission into a Federal Medical Center and every thirty (30) days thereafter to allow us to revisit if there is a substantial probability Defendant could in the foreseeable future attain the competency to permit trial to proceed; and,

7. Any period of delay resulting from the examination and treatment of Defendant Ronald Reese to determine whether there is a substantial probability he will, in the foreseeable future attain the capacity to permit the proceedings to go forward and the filing of a report describing the mental condition of Defendant Ronald Reese and evaluating his need for treatment shall be excluded from all computations of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A), (h)(1(H) and 3164(b).

_____
KEARNEY, J.