## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | NO. 18-39 |
| | : | |
| RONALD REESE | : | |

## ORDER

**AND NOW**, this 7th day of June 2019, upon considering Defendant's unopposed Motion

to dismiss (ECF Doc. No. 48), following our May 31, 2019 hearing and determination Mr. Reese

is not competent to stand trial or likely to regain competency, our careful review of Dr. Riley's

expedited June 3, 2019 extensive report following a risk assessment evaluation under 18 U.S.C. §

4246 compliant with our May 31, 2019 Order (ECF Doc. No. 53) after which she detailed findings

supporting her reasoned opinion Mr. Riley's unconditional release from custody does not pose a

substantial risk of bodily injury to another person or serious damage to the property of another due

to his mental illness, it is **ORDERED**:

1.      We do not certify Mr. Reese as meeting the criteria for civil commitment under 18

U.S.C. § 4246 Defendant does not present an imminent risk of harm to himself or others:

2.      Defendant's unopposed Motion (ECF Doc. No. 53) is **GRANTED;**

3.      The Indictment (ECF Doc. No. 13) is **DISMISSED;** and,

4.      The Federal Medical Center in Butner, North Carolina shall release Defendant

Ronald Reese no earlier than **2:00 P.M.** on **Friday, June 7, 2019** into the custody of his daughter,

Tori D. Reese.

_____

**KEARNEY, J.**